DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERESA ANN FOGARTY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-3243

[May 18, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312022CF000724A.

Teresa Ann Fogarty, Vero Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***